**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10038 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00429-DCB |
| v. | |
| ROBERTO CHAVEZ-VALENCIA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted June 25, 2014[**]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

Roberto Chavez-Valencia appeals from the district court's judgment

revoking supervised release and imposing a 4-month sentence. Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Chavez-Valencia's counsel has filed a brief

stating that there are no grounds for relief, along with a motion to withdraw as

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel of record.  We have provided Chavez-Valencia the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Chavez-Valencia has waived his right to appeal the revocation of supervised release and the sentence imposed upon revocation.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We, accordingly, dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**